FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0158

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA-22-0158

PFEIL ACQUISITIONS LLC,

Appellant,

v.

GALLATIN COUNTY
CONSERVATION DISTRICT,

Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER EXTENDING TIME
TO FILE APPELLANT'S BRIEF**

On Motion of Appellant Pfeil Acquisitions LLC, and for good cause shown,

it is hereby ORDERED THAT Appellant is accorded up to and including June

30, 2022, to file its Opening Brief.

Done this _____ day of May, 2022.

_____

Cc
Matthew Williams
Caitland Overland

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 23 2022